874

No. 319.   SCHILLING v. RÓGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Isadore G. Alk, Henry I. Fillman* and *Otto C. Sommerich* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Townsend, Irving Jaffe* and *George B. Searls* for respondent.

No. 349.   CLAY v. SUN INSURANCE OFFICE LIMITED. C. A. 5th Cir.   Certiorari granted.   *W. Terry Gibson* for petitioner.   *Eugene A. Leiman* for respondent.

No. 269, Misc.   PHILLIPS v. NEW YORK.   Motion for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the Court of Appeals of New York granted limited to the question of the admissibility of the confession.   Case transferred to the appellate docket. *Anthony T. Antinozzi* for petitioner.

No. 282.   SHAHADI ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied. *George P. Walker* and *Robert M. Taylor* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Joseph Kovner* for respondent.

No. 303.   ROTHFELDER v. SUPREME COURT OF MISSOURI. Supreme Court of Missouri.   Certiorari denied.   *John E. Downs* and *Theodore Kranitz* for petitioner.   *Richmond C. Coburn* for respondent.